PROB 12B
(7/93)

F I L E D
Clerk
District Court

FEB – 9 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

*United States District Court*

for

*the Northern Mariana Islands*

## Report for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
### (Probation Form 49, Waiver of Hearings is Attached)

Name of Offender:       **Nobert B. Camacho**            Case Number: **CR 01-00022-001**

Name of Sentencing Judicial         Alex R. Munson

Date of Original Sentence:      March 12, 2002

Original Offense:       Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1)

Original Sentence:      15 months imprisonment followed by a term of three years supervised with conditions to include: not possess a firearm, destructive device, or any other dangerous weapon; obey all federal, state, and local laws; not use or possess illegal controlled substances and submit to one urinalysis within 15 days after release from imprisonment and to two more urinalysis thereafter; participate in a substance abuse treatment program approved by the U.S. Probation Office for the treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse. The defendant shall make co-payment for treatment at a rate to be determined by the U.S. Probation Office; refrain from the use of any alcoholic beverages; pay restitution to Benjamin Galarpe in the amount of $125. Restitution shall be paid to the Clerk of Court, District of the Northern Mariana Islands, 2nd Floor, Horiguchi Building, Saipan, MP 96950, and shall be disbursed to the victim, whose address shall be provided by the U.S. Probation under separate cover; obtain and maintain gainful employment; and perform 300 hours of community service under the direction of the U.S. Probation Office.

Type of Supervision:    Supervised Release     Date Supervision Commenced:    April 25, 2003

Assistant U.S. Attorney: Timothy E. Moran                      Defense Attorney: Loren Sutton

## PETITIONING THE COURT

☐   To extend the term of supervision for            years, for a total term of            years.

☒   To modify the conditions of supervision as follows:

### CAUSE

- "The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the probation officer."

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender
Page2

On September 2, 2005, the Ninth Circuit, in United States v. Stephens , No. 04-50170, addressed 18 U.S.C. § 3583(d) supervised release and 18 U.S.C. §3563(a)(5) probation mandatory testing conditions which requires that the district court determine the maximum number of mandatory drug tests. The Ninth Circuit held that because the statute requires the district court to determine the maximum number of drug tests under the mandatory condition, transferring this duty to the probation officer was an improper delegation of Article III judicial power.

To assist the Court in determining the appropriate number of drug tests, the undersigned officer has evaluated Norbert Camacho's history of drug use, and the drug detection period of his drug of choice. Although alcohol and marijuana are identified drugs of choice, methamphetamine is considered one of the easily accessible drugs in this community and has a normal detection period of four days or less, it is recommended that the maximum number of tests the court order per month be set at eight. This will allow for adequate time intervals between tests which will help facilitate the detection of use. It also provides for enough additional tests so that the pattern of testing will not be predictable to the offender.

To address the implications of United States v. Stephens Ninth Circuit No. 04-50170, it is respectfully requested that the Court modify Mr. Camacho's mandatory condition to set the maximum number of tests he must submit. It is therefore recommended that the mandatory condition be modified as follows:

> "The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the probation officer."

Norbert Camacho has agreed to the above modification and attached is a Probation From 49 Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision with his consent.

Reviewed by:                                          Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON                      by: MARGARITA WONENBERG

U.S. Probation Officer                               U.S. Probation Officer
Supervision Unit Leader

Date: 2/8/06                                          Date: 2/9/06


THE COURT ORDERS

☐   No Action

☐   The Extension of Supervision as Noted Above.

☒   The Modification of Conditions as Noted Above.

☐   Other

_____
Signature of Judicial Officer

2 - 9 - 06
_____
Date

PROB 49
(3/89)

# United States District Court

for

## District of Northern Mariana Islands

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

That the defendant shall refrain from any unlawful use of a controlled substance, and shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the probation officer;

Witness:  Margarita DLG. Wonenberg                     Signed:  Nobert B. Camacho
              U.S. Probation Officer                                  Probationer or Supervised Releasee

                              Jan 27, 06
                              Date